HUNTER & KMIEC
Keenan D. Kmiec, Esq. (State Bar No. 237327)
kmiec@hunterkmiec.com
235 Main Street, Suite 224
Venice, California 90291
Tel: (917) 859-7970
Fax: (646) 462-3356

Attorneys for Plaintiff
DONNA ANN GABRIELE CHECHELE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DONNA ANN GABRIELE CHECHELE,<br><br>Plaintiff,<br><br>– v. –<br><br>BLUEBIRD BIO, INC.,<br><br>Defendant. | ECF CASE<br><br>No. 16-cv-541-AB-FFM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Donna Ann Gabriele Chechele, by her undersigned attorneys, hereby voluntarily dismisses all claims in this action with prejudice, effective immediately.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

>  **(a) Voluntary Dismissal.**
>
>> **(1)** *By the Plaintiff.*
>>
>>> (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>>>
>>>> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment
>
> * * *

Defendants have not answered Plaintiff's complaint or filed a motion for summary judgment. Accordingly, this matter may be dismissed without a court order.

Dated:   February 19, 2016
         Venice, California

HUNTER & KMIEC

By: /s/ Keenan D. Kmiec
Keenan D. Kmiec, Esq.
kmiec@hunterkmiec.com
235 Main Street, Suite 224
Venice, California  90291
Tel:   (917) 859-7970
Fax:   (646) 462-3356

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I Keenan Kmiec, hereby declare under penalty of perjury as follows:

I am a partner at the law firm of Hunter & Kmiec, with offices at 235 Main St. No. 224, Venice, CA 90291.  On February 19, 2016, I posted the attached Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) to the ECF Website of the United States District Court for the Central District of California, and transmitted true and correct copies of the same in individual sealed envelopes, with postage thereon fully prepaid, via first-class mail to:

>Deborah S. Birnbach, Esq.
>Goodwin Proctor LLP
>Exchange Place
>53 State Street
>Boston, MA  02109
>dbirnbach@goodwinproctor.com
>
>Ezekiel L. Hill, Esq.
>Goodwin Proctor LLP
>Exchange Place
>53 State Street
>Boston, MA  02109
>ehill@goodwinproctor.com

Dated: February 19, 2016
Venice, California

HUNTER & KMIEC

By:
/s/ Keenan D. Kmiec